**FILED**
April 1, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,      )
                               )   Case No. CR. S-08-0146 EJG
        Plaintiff,             )
                               )
v.                             )   ORDER FOR RELEASE OF
                               )   PERSON IN CUSTODY
JOHN HATCHIE,                  )
                               )
        Defendant.             )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release JOHN HATCHIE, Case No. CR. S-08-0146 EJG, Charge Title 18 USC § 2252, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

  __   Release on Personal Recognizance

  X    Bail Posted in the Sum of $ 100,000

       X    Unsecured Appearance Bond, Co-signed by wife

       __   Appearance Bond with 10% Deposit

       __   Appearance Bond with Surety

       __   Corporate Surety Bail Bond

       X    (Other)  Pretrial Services Supervision of
                     extensive conditions of release.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on April 1, 2008 at 3:15 pm.

                          By  /s/ Dale A. Drozd
                              Dale A. Drozd
                              United States Magistrate Judge