1  DAVID W. DRATMAN
   Attorney at Law
2  State Bar No. 78764
   1007 7th Street, Suite 305
3  Sacramento, California  95814
   Telephone: (916) 443-2000
4  Facsimile:  (916) 443-0989
   Email: dwdratman@aol.com
5
   Attorney for Defendant
6  JOHN HATCHIE

7

8              IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

   UNITED STATES OF AMERICA,              **Cr. S-08-0146 EJG**
11
                   Plaintiff,             **STIPULATION AND  ORDER
12                                         CONTINUING STATUS
         vs.                               CONFERENCE AND
13                                         EXCLUDING TIME UNDER THE
   JOHN HATCHIE,                           SPEEDY TRIAL ACT**
14
                   Defendant.
15

16         IT IS HEREBY STIPULATED between the United States of America, through its attorney of

17  record, Russell L. Carlberg, Assistant U.S. Attorney; and, John Hatchie, through his attorney, David

18  W. Dratman, that the status conference scheduled for June 13, 2008, shall be continued to August 8,

19  2008 at 10:00 a.m.

20         This case involves an indictment that alleges one count of possessing child pornography, two

21  counts of receipt of child pornography, two counts of transportation of child pornography and a

22  forfeiture allegation. The parties stipulate and agree that this matter is complex within the meaning of

23  the Speedy Trial Act due to the volume of discovery involving the seizure of two computer hard drives

24  which can no longer be copied and provided to defense counsel's expert(s) pursuant to 18 U.S.C.

25  section 3509(m); and, the execution of a search warrant which, together with the computer hard drives,

26  raises issues of factual and legal complexity.  In addition, the need for defense counsel to have

27  additional time to conduct review the seized materials and to research issues relating to the search

28  warrant justifies the exclusion of time, prior to setting a briefing schedule.

─────────────────────────────────────────────────────────
STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE

1    The parties stipulate and agree that time, from June 13, 2008 through and including August 8,

2  2008, shall be excluded from computation of time within which the trial of this case must be

3  commenced under the Speedy Trial Act, pursuant to Local Codes T2 (case unusual and complex) and

4  T4 (time for defense counsel to prepare).

5  Dated:  June 11, 2008                          /s/ David W. Dratman
                                                  DAVID W. DRATMAN
6                                                 Attorney for Defendant
                                                  JOHN HATCHIE
7

8  Dated: June 11, 2008                          McGREGOR W. SCOTT
                                                  UNITED STATES ATTORNEY
9

10                                            By: /s/ Russell L.  Carlberg*
                                                  RUSSELL L.  CARLBERG
11                                                Assistant U.S. Attorney
                                                  *Signed with permission
12

13                                 ORDER

14    The Court, having considered the stipulation of the parties, and good cause appearing

15  therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of

16  the parties, the Court finds that this case is unusual and complex within the meaning of Local Code

17  T2.  The Court further finds that the failure to grant a continuance in this case would deny defense

18  counsel reasonable time necessary for effective preparation, taking into account the exercise of due

19  diligence.   The Court specifically finds that the ends of justice served by the granting of such

20  continuance outweigh the interests of the public and that the time from June 13, 2008 to and including

21  August 8, 2008, shall be excluded from computation of time within which the trial of this case must

22  be commenced under the Speedy Trial Act, pursuant to Local Codes T2 (case unusual and complex)

23  and T4 (time for defense counsel to prepare).

24     It is so ordered.

25  Dated: June 12, 2008                          /s/ Edward J. Garcia
                                                  EDWARD J. GARCIA
26                                                Senior United States District Court Judge

27

28

STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE