1  DAVID W. DRATMAN
   Attorney at Law
2  State Bar No. 78764
   1007 7th Street, Suite 305
3  Sacramento, California  95814
   Telephone: (916) 443-2000
4  Facsimile:  (916) 443-0989
   Email: dwdratman@aol.com
5
   Attorney for Defendant
6  JOHN HATCHIE

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,            **Cr. S-08-0146 EJG**

11              Plaintiff,              **STIPULATION AND ORDER
                                        CONTINUING STATUS**
12         vs.                          **CONFERENCE AND
                                        EXCLUDING TIME UNDER THE**
13 JOHN HATCHIE,                        **SPEEDY TRIAL ACT**

14              Defendant.

15

16         IT IS HEREBY STIPULATED between the United States of America, through its attorney of

17 record, Russell L. Carlberg, Assistant U.S. Attorney; and, John Hatchie, through his attorney, David

18 W. Dratman, that the status conference scheduled for August 8, 2008, shall be continued to September

19 19, 2008 at 10:00 a.m.

20         This case involves an indictment that alleges one count of possessing child pornography, two

21 counts of receipt of child pornography, two counts of transportation of child pornography and a

22 forfeiture allegation. The parties stipulate and agree that this matter is complex within the meaning of

23 the Speedy Trial Act due to the volume of discovery involving the seizure of two computer hard drives

24 which can no longer be copied and provided to defense counsel's expert(s) pursuant to 18 U.S.C.

25 section 3509(m); and, in the view of defense counsel, the execution of a search warrant which, together

26 with the computer hard drives, raises issues of factual and legal complexity.  In addition, defense

27 counsel requires additional time to conduct review of the seized materials and to research issues

28 relating to the search warrant, prior to setting a briefing schedule.

Finally, a search was conducted of a separate computer; and, the parties are waiting for the results of a forensic examination; and, additional time is necessary to obtain and review these results.

The parties stipulate and agree that time, from August 8, 2008 through and including September 19, 2008, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to Local Codes T2 (case unusual and complex) and T4 (time for defense counsel to prepare).

Dated: August 6, 2008      /s/ David W. Dratman
DAVID W. DRATMAN
Attorney for Defendant
JOHN HATCHIE

Dated: August 6, 2008      McGREGOR W. SCOTT
UNITED STATES ATTORNEY

By: /s/ Russell L. Carlberg*
RUSSELL L. CARLBERG
Assistant U.S. Attorney
*Signed with permission

## ORDER

The Court, having considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties, the Court finds that this case is unusual and complex within the meaning of Local Code T2. The Court further finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and that the time from August 8, 2008 to and including September 19, 2008, shall be excluded from computation of time within which the trial of this case must be commenced under the

//

//

//

Speedy Trial Act, pursuant to Local Codes T2 (case unusual and complex) and T4 (time for defense counsel to prepare).

1 | It is so ordered.

2 | Dated:  August 7, 2008                    /s/ Edward J. Garcia
                                              U. S. DISTRICT JUDGE