DAVID W. DRATMAN
Attorney at Law
State Bar No. 78764
1007 7th Street, Suite 305
Sacramento, California 95814
Telephone: (916) 443-2000
Facsimile: (916) 443-0989
Email: dwdratman@aol.com

Attorney for Defendant
JOHN HATCHIE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>JOHN HATCHIE,<br><br>　　　　　Defendant. | **Cr. S-08-0146 EJG**<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT** |

　　　　IT IS HEREBY STIPULATED between the United States of America, through its attorney of record, Russell L. Carlberg, Assistant U.S. Attorney; and, John Hatchie, through his attorney, David W. Dratman, that the status conference scheduled for September 19, 2008, shall be continued to October 10, 2008 at 10:00 a.m.

　　　　This case involves an indictment that alleges one count of possessing child pornography, two counts of receipt of child pornography, two counts of transportation of child pornography and a forfeiture allegation. The parties stipulate and agree that this matter is complex within the meaning of the Speedy Trial Act due to the volume of discovery involving the seizure of two computer hard drives which can no longer be copied and provided to defense counsel's expert(s) pursuant to 18 U.S.C. section 3509(m); and, in the view of defense counsel, the execution of a search warrant which, together with the computer hard drives, raises issues of factual and legal complexity.  In addition, defense counsel requires additional time to conduct review of the seized materials and to research issues relating to the search warrant, prior to setting a briefing schedule.

1     A search was conducted of a separate computer; and, the parties just received the results of the
2 forensic examination; and, additional time is necessary to review those results.
3     In addition, defense counsel is scheduled to be in federal court in Buffalo, New York, on
4 September 19, 2008; and, would be required to have an attorney stand in for him at this status
5 conference.
6     The parties stipulate and agree that time, from September 19, 2008 through and including
7 October 10, 2008, shall be excluded from computation of time within which the trial of this case must
8 be commenced under the Speedy Trial Act, pursuant to Local Codes T2 (case unusual and complex)
9 and T4 (time for defense counsel to prepare).

10 Dated:  September 16, 2008                /s/ David W. Dratman
                                             DAVID W. DRATMAN
11                                           Attorney for Defendant
                                             JOHN HATCHIE
12
   Dated:  September 16, 2008                McGREGOR W. SCOTT
13                                           UNITED STATES ATTORNEY
14
                                             By: /s/ Russell L. Carlberg*
15                                           RUSSELL L. CARLBERG
                                             Assistant U.S. Attorney
16                                           *Signed with permission

17                                       ORDER

18     The Court, having considered the stipulation of the parties, and good cause appearing
19 therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of
20 the parties, the Court finds that this case is unusual and complex within the meaning of Local Code
21 T2.  The Court further finds that the failure to grant a continuance in this case would deny defense
22 counsel reasonable time necessary for effective preparation, taking into account the exercise of due
23 diligence.   The Court specifically finds that the ends of justice served by the granting of such
24 continuance outweigh the interests of the public and that the time from September 19, 2008 to and
25 including October 10, 2008, shall be excluded from computation of time within which the trial of this
26 //
27 //
28 //

1 case must be commenced under the Speedy Trial Act, pursuant to Local Codes T2 (case unusual and
2 complex) and T4 (time for defense counsel to prepare).
3     It is so ordered.
4     Dated:   Sept. 17, 2008                                                            /s/ Edward J. Garcia
                                                                                  EDWARD J. GARCIA
5                                                                                   Senior United States District Court Judge