DAVID W. DRATMAN
Attorney at Law
State Bar No. 78764
1007 7th Street, Suite 305
Sacramento, California  95814
Telephone: (916) 443-2000
Facsimile:  (916) 443-0989
Email: dwdratman@aol.com

Attorney for Defendant
JOHN HATCHIE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Cr. S-08-0146 EJG |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER SETTING BRIEFING SCHEDULE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT** |
| vs. | |
| JOHN HATCHIE, | |
| Defendant. | |

IT IS HEREBY STIPULATED between the United States of America, through its attorney of record, Russell L. Carlberg, Assistant U.S. Attorney; and, John Hatchie, through his attorney, David W. Dratman, that the status conference scheduled for October 31, 2008 shall be continued to February 20, 2009 at 10:00 a.m. for a motions hearing and status conference pursuant to the following stipulated motions schedule:

The stipulated briefing schedule is as follows:

Defense motions to be filed:   January  9, 2009;

Government response:           February 9, 2009;

Defense reply, if any:         February 13, 2009

Hearing on Motions:            February 20, 2009.

This case involves an indictment that alleges one count of possessing child pornography, two counts of receipt of child pornography, two counts of transportation of child pornography and a forfeiture allegation. The parties stipulate and agree that this matter is complex within the meaning of

the Speedy Trial Act due to the volume of discovery involving the seizure of two computer hard drives which can no longer be copied and provided to defense counsel's expert(s) pursuant to 18 U.S.C. section 3509(m); and, in the view of defense counsel, the execution of a search warrant which, together with the computer hard drives, raises issues of factual and legal complexity.

The parties stipulate and agree that time, from October 31, 2008 through and including February 20, 2009, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to Local Codes T2 (case unusual and complex) and T4 (time for defense counsel to prepare).

Dated: October 29, 2008   /s/ David W. Dratman
DAVID W. DRATMAN
Attorney for Defendant
JOHN HATCHIE

Dated: October 29, 2008   McGREGOR W. SCOTT
UNITED STATES ATTORNEY

By: /s/ Russell L. Carlberg*
RUSSELL L. CARLBERG
Assistant U.S. Attorney
*Signed with permission

ORDER

The Court, having considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties, the Court finds that this case is unusual and complex within the meaning of Local Code T2. The Court further finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence within the meaning of Local Code T4. The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and that the time from October 31, 2008 to and including February 20, 2009, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to Local

//
//
//

1 | Codes T2 (case unusual and complex) and T4 (time for defense counsel to prepare).
2 |     It is so ordered.
3 | Dated:   October 30, 2008        /s/ Edward J. Garcia
                                       EDWARD J. GARCIA
4 |                                        Senior United States District Court Judge