DAVID W. DRATMAN
Attorney at Law
State Bar No. 78764
1007 7th Street, Suite 305
Sacramento, California  95814
Telephone: (916) 443-2000
Facsimile:  (916) 443-0989
Email: dwdratman@aol.com

Attorney for Defendant
JOHN HATCHIE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Cr. S-08-0146 EJG |
|---|---|
| Plaintiff, | STIPULATION AND ORDER RESETTING BRIEFING SCHEDULE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| vs. | |
| JOHN HATCHIE, | |
| Defendant. | |

IT IS HEREBY STIPULATED between the United States of America, through its attorney of record, Russell L. Carlberg, Assistant U.S. Attorney; and, John Hatchie, through his attorney, David W. Dratman, that the hearing scheduled for February 20, 2009 shall be continued to May 29, 2009 at 10:00 a.m. for a motions hearing and status conference pursuant to the following motions schedule:

The stipulated briefing schedule is as follows:

Defense motions to be filed:   April 17, 2009;

Government response:   May 15, 2009;

Defense reply, if any:   May 22, 2009

Hearing on Motions:   May 29, 2009.

This case involves an indictment that alleges one count of possessing child pornography, two counts of receipt of child pornography, two counts of transportation of child pornography and a forfeiture allegation. The parties stipulate and agree that this matter is complex within the meaning of the Speedy Trial Act due to the volume of discovery involving the seizure of two computer hard drives

1  which can no longer be copied and provided to defense counsel's expert(s) pursuant to 18 U.S.C.
2  section 3509(m); and, in the view of defense counsel, the execution of a search warrant which, together
3  with the computer hard drives, raises issues of factual and legal complexity.
4      In addition, an offer to resolve this matter has been communicated to defense counsel who must
5  discuss this with the defendant; and, additional excludable time for defense counsel to prepare is
6  justified by this development.
7      The parties stipulate and agree that time, from February 20, 2009 through and including May
8  29, 2009, shall be excluded from computation of time within which the trial of this case must be
9  commenced under the Speedy Trial Act, pursuant to Local Codes T2 (case unusual and complex) and
10 T4 (time for defense counsel to prepare).

11 Dated:  February 18, 2009      /s/ David W. Dratman  
                                                            DAVID W. DRATMAN
12                                                             Attorney for Defendant
                                                            JOHN HATCHIE
13
14 Dated:  February 18, 2009      LAWRENCE G. BROWN
                                                            ACTING UNITED STATES ATTORNEY
15                                                             By: /s/ Russell L.  Carlberg*
                                                                 RUSSELL L.  CARLBERG
16                                                              Assistant U.S. Attorney
                                                            *Signed with permission
17

18                                                         <u>ORDER</u>

19     The Court, having considered the stipulation of the parties, and good cause appearing
20 therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of
21 the parties, the Court finds that this case is unusual and complex within the meaning of Local Code
22 T2.  The Court further finds that the failure to grant a continuance in this case would deny defense
23 counsel reasonable time necessary for effective preparation, taking into account the exercise of due
24 diligence within the meaning of Local Code T4.  The Court specifically finds that the ends of justice
25 served by the granting of such continuance outweigh the interests of the public and that the time from
26 February 20, 2009 to and including May 29, 2009, shall be excluded from computation of time
27 //
28 //

1  within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to Local
2  Codes T2 (case unusual and complex) and T4 (time for defense counsel to prepare).
3      It is so ordered.
4  Dated:   February 19, 2009          /s/ Edward J. Garcia
                                        EDWARD J. GARCIA
5                                       Senior United States District Court Judge