UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
NOV 4 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

c/EJG

**MEMORANDUM**

Honorable Edward J. Garcia
Senior United States District Judge
Sacramento, California

           **RE:** John HATCHIE
                Docket Number: 2:08CR00146-01
                **CONTINUANCE OF JUDGMENT**
                **AND SENTENCING**

Your Honor:

Per agreement with both counsel, it is respectfully requested that the above-referenced case be continued from November 20, 2009, to January 22, 2010, at 10:00 a.m. (See attached amended Schedule for Disclosure.)

**REASON FOR CONTINUANCE:** Counsel for the defendant has been unable to be present at the presentence interview due to scheduling conflicts and pending matters in state court. The defendant's counsel anticipates these pending matters will limit his availability for at least the next two months. The government and the defendant are in agreement with this continuance.

By copy of this memorandum, the Court Clerk is being requested to make appropriate changes in the Court calendar.

                Respectfully submitted,

                */s/ Jeffrey C. Oestreicher*

                **JEFFREY C. OESTREICHER**
                **United States Probation Officer**

**REVIEWED BY:** */s/ Linda L. Alger*

                **LINDA L. ALGER**
                **Supervising United States Probation Officer**

Dated:     October 15, 2009
             Sacramento, California
             JCO/sda

**RE:** John Hatchie
Docket Number: 2:08CR00146-01
<u>**CONTINUANCE OF JUDGMENT AND SENTENCING**</u>

Attachment

cc: Clerk, United States District Court
United States Attorney's Office
United States Marshal's Office
Federal Defender (If defense counsel is court-appointed)
Probation Office Calendar clerk

✓ **Approved**

_____
**EDWARD J. GARCIA**
**Senior United States District Judge**

_____
**Date**

___ **Disapproved**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | Docket Number:   2:08CR00146-01 |
| **Plaintiff,** | **SCHEDULE FOR DISCLOSURE OF PRESENTENCE REPORT AND FOR FILING OF OBJECTIONS TO THE PRESENTENCE REPORT** |
| vs. | |
| **John HATCHIE** | |
| **Defendant.** | |

The Probation Officer and all parties shall adhere to this schedule unless it is later modified by this Court:

| | |
|---|---|
| Judgment and Sentencing Date: | January 22, 2010, at 10:00 a.m. |
| Reply, or Statement of Non-Opposition: | January 15, 2010 |
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | January 8, 2010 |
| The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | January 4, 2010 |
| Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | December 24, 2009 |
| The proposed Presentence Report shall be disclosed to counsel no later than: | December 11, 2009 |