1  LAWRENCE G. BROWN
   United States Attorney
2  RUSSELL L. CARLBERG
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone:  (916) 554-2748

5

6

7

8           IN THE UNITED STATES DISTRICT COURT FOR THE

9                 EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,    )    2:08-cr-00146 EJG
                                )
12          Plaintiff,           )    PRELIMINARY ORDER OF
                                )    FORFEITURE
13      v.                       )
                                )
14 JOHN HATCHIE,                )
                                )
15          Defendant.           )
   _____)
16

17     Based upon the plea agreement entered into between plaintiff

18 United States of America and defendant John Hatchie, it is hereby

19 ORDERED, ADJUDGED AND DECREED as follows:

20     1.  Pursuant to 18 U.S.C. § 2253, defendant John Hatchie's

21 interest in the following property shall be condemned and

22 forfeited to the United States of America, to be disposed of

23 according to law:

24         a)   One unbranded CPU and computer tower red and black
                in color, which does not contain a serial number;
25
           b)   One 40 GB IBM Deskstar hard drive, Serial Number
26              B2S9B7KF, and

27         c)   Four CD-Rs.

28     2.  The above-listed property constitutes or is traceable to

                              1              Preliminary Order of Forfeiture

gross profits or other proceeds obtained from a violation of 18 U.S.C. § 2252(a)(4)(B) or was used or intended to be used to commit or to promote the commission of a violation of 18 U.S.C. § 2252(a)(4)(B).

    3. Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the United States, in its secure custody and control.

    4. a. Pursuant to 18 U.S.C. § 2253(b), incorporating 21 U.S.C. § 853(n), and Local Rule 83-171, the United States shall publish notice of the order of forfeiture. Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site [www.forfeiture.gov](www.forfeiture.gov). The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

    b. This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from receipt of direct written notice, whichever is earlier.

    5. If a petition is timely filed, upon adjudication of all

third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 2253 in which all interests will be addressed.

SO ORDERED this 16th day of  November  , 2009.

                                      /s/ Edward J. Garcia
                                      EDWARD J. GARCIA
                                      United States District Judge