UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

MEMORANDUM

Honorable Edward J. Garcia
Senior United States District Judge
Sacramento, California

                          RE:   John HATCHIE
                                 Docket Number:  2:08CR00146-01
                                 **CONTINUANCE OF JUDGMENT**
                                 **AND SENTENCING**

Your Honor:

Per agreement with both counsel, it is respectfully requested that the above-referenced case be continued from January 22, 2010, to January 29, 2010, at 10:00 a.m. (See attached amended Schedule for Disclosure.)

**REASON FOR CONTINUANCE:** Counsel for the defendant has a conflicting hearing before another court on January 22, 2010, and has requested this matter be continued one additional week for Judgment and Sentencing. The government is in agreement with this continuance.

By copy of this memorandum, the Court Clerk is being requested to make appropriate changes in the Court calendar.

                              Respectfully submitted,

                              JEFFREY C. OESTREICHER
                              United States Probation Officer

FILED NOV 18 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

**REVIEWED BY:** _____
**LINDA L. ALGER**
**Supervising United States Probation Officer**

Dated:    November 12, 2009
             Sacramento, California
             JCO/sda

Attachment

RE:    John Hatchie
       Docket Number:   2:08CR00146-01
       **CONTINUANCE OF JUDGMENT AND SENTENCING**

cc:    Clerk, United States District Court
      United States Attorney's Office
      United States Marshal's Office
      Federal Defender (If defense counsel is court-appointed)
      Probation Office Calendar clerk

✓ **Approved**

_____
**EDWARD J. GARCIA**
**Senior United States District Judge**

11/16/09
Date

___ **Disapproved**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Docket Number:  2:08CR00146-01 |
| Plaintiff, | SCHEDULE FOR DISCLOSURE OF PRESENTENCE REPORT AND FOR FILING OF OBJECTIONS TO THE PRESENTENCE REPORT |
| vs. | |
| John HATCHIE | |
| Defendant. | |

The Probation Officer and all parties shall adhere to this schedule unless it is later modified by this Court:

| | |
|---|---|
| Judgment and Sentencing Date: | January 29, 2010, at 10:00 a.m. |
| Reply, or Statement of Non-Opposition: | January 22, 2010 |
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | January 15, 2010 |
| The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | January 8, 2010 |
| Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | December 31, 2009 |
| The proposed Presentence Report shall be disclosed to counsel no later than: | December 18, 2009 |