BENJAMIN B. WAGNER
United States Attorney
RUSSELL L. CARLBERG
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2748

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:08-CR-00146 EJG |
| | ) | |
| Plaintiff, | ) | FINAL ORDER OF FORFEITURE |
| | ) | |
| v. | ) | |
| | ) | |
| JOHN HATCHIE, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

WHEREAS, on or about November 18, 2009, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 2253 based upon the plea agreement entered into between plaintiff and defendant John Hatchie forfeiting to the United States the following property:

        a)    One unbranded CPU and computer tower red and black in color, which does not contain a serial number;

        b)    One 40 GB IBM Deskstar hard drive, Serial Number B2S9B7KF, and

        c)    Four CD-Rs.

AND WHEREAS, beginning on November 19, 2009, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government

1  forfeiture site www.forfeiture.gov.  Said published notice
2  advised all third parties of their right to petition the Court
3  within sixty (60) days from the first day of publication of the
4  notice for a hearing to adjudicate the validity of their alleged
5  legal interest in the forfeited property;
6       AND WHEREAS, the Court has been advised that no third party
7  has filed a claim to the subject property, and the time for any
8  person or entity to file a claim has expired.
9       Accordingly, it is hereby ORDERED and ADJUDGED:
10      1.  A Final Order of Forfeiture shall be entered forfeiting
11 to the United States of America all right, title, and interest in
12 the above-listed property pursuant to 18 U.S.C. § 2253, to be
13 disposed of according to law, including all right, title, and
14 interest of John Hatchie.
15      2.  All right, title, and interest in the above-listed
16 property shall vest solely in the United States of America.
17      3.  The United States shall maintain custody of and control
18 over the subject property until it is disposed of according to
19 law.
20      SO ORDERED this <u>14th</u> day of<u> April  </u>, 2010.

      <u>/s/ Edward J. Garcia    </u>
      EDWARD J. GARCIA
      United States District Judge