# UNITED STATES DISTRICT COURT
## Eastern District of California

## Petition For Warrant or Summons For Offender Under Supervision

**Name of Offender:**   John  Hatchie   **Docket Number:**   0972 2:08CR00146-001

**Name of Judicial Officer**:   Senior United States District Judge William B. Shubb

**Date of Original Sentence:**   4/2/2010

**Original Offense:** 18 U.S.C. § 2252(a)(4)(B) –  Possession of One or More Matters Containing Depictions of Minors Engaged in Sexually Explicit Conduct  (Class C Felony)

**Original Sentence:** 90 months Custody of the Bureau of Prisons; 120 months Supervised Release; No Firearms; DNA Collection; Sex Offender Registration; $100 Special Assessment.

**Special Conditions:**

1. Pager/Cellular Phone Restriction
2. Aftercare Co-payment
3. Warrantless Search
4. No On-Line Computer Access
5. No Contact With All Minors
6. Computer Inspection
7. Pornography Restriction
8. Phone Record Disclosure
9. Notice to Employer of Computer Restriction
10. Sex Offender Treatment

**Type of Supervision:**   TSR

**Date Supervision Commenced:**   12/5/2014

**Other Court Actions:** None

RE: **John Hatchie**                                                                 Docket Number: 0972 2:08CR00146-01

PETITIONING THE COURT

☒  **TO ISSUE A WARRANT**

The probation officer alleges the offender has violated the following conditions(s) of supervision:

**Charge Number**        **Nature of Violation**

**Charge 1:**        **UNAUTHORIZED POSSESSION OF PORNOGRAPHY**

Queensland Police Service (QPS) in Australia learned that On October 9 and 10, 2020, a person using the username "Kidfinders" sent multiple images and videos of child sexual abuse material images to a source of information. Subsequent investigation conducted by the Department of Homeland Security determined that the username was associated with an IP address and email account belonging to John Hatchie. This conduct is in violation of Special Condition Number 7 which states, *"The defendant shall not possess, own, use, view, read, or frequent places with material depicting and/or describing sexually explicit conduct, including computer images, picture, photographs, book, writings, drawings videos, or video games"*.

**Justification:**  In October 2020, the QPS in Australia reviewed chat conversations between username "Kidfinders" and a source of information. On October 9 and 10, 2020, "Kidfinders" sent 12 images and three videos containing child sexual abuse material to the source of information. The case was referred to the Department of Homeland Security for further investigation.

The investigation revealed that the images consisted of pre-pubescent girls who were partially or fully nude. In some images their vaginas were exposed. Other images depicted an adult male engaged in sexual conduct with two pre-pubescent girls. In one image, the girl appears to be 2-3 years old. In one video, an adult male is depicted vaginally penetrating a 1-3-year-old child.

Investigation revealed that username "Kidfinders" is linked to email account chesterpedemo@gmail.com. Subscriber information relative to the account and the IP address came back to Hatchie with addresses at 8036 Via Zapata, Dublin, California and 1841 Hardy Drive, Woodland, California. It is noted that Hatchie is the legal owner of the address in Dublin, after inheriting it from his now-deceased parents. Additionally, he frequently spends time at the Woodland, California address which he previously owned with his ex-wife, Annette Hatchie. He remains on good terms with his ex-wife and visits the home several days each week.

It is also noted that the Woodland Police Department received a Google CyberTip dated October 10, 2019, which reported a subscriber stored/uploaded one file of suspected child exploitation material. The Gmail account in that incident was also linked to John Hatchie. This information was provided to the Department of Homeland Security and their investigation of Hatchie is ongoing.

Hatchie commenced his term of supervised release on December 5, 2014. He lives at Pete's Place, a boarding house for adult males in Sacramento. He has maintained the same job for six years. Hatchie has

RE: **John Hatchie**                                              Docket Number: 0972 2:08CR00146-01

participated in sex offender treatment for the past six years and is currently in the maintenance phase of treatment which requires him to attend counseling once per month. Hatchie has been approved to possess a smartphone which is monitored by monitoring software. Hatchie has had no prior violations of supervised release.

**Detention:** Hatchie has given the appearance of being cooperative and compliant during his supervision, when in fact, he is engaging in the same conduct that led to his arrest and conviction for the instant offense. His high level of deception coupled with his past and current violation conduct make him a danger to the community. It is recommended that a warrant be issued, and that Hatchie be detained pending resolution of the violation matter.

**I declare under penalty of perjury that the following is true and correct.**

**EXECUTED ON:**     **June 30, 2021**
                     **Sacramento, California**

Respectfully submitted,

*/s/ Sara Gnewikow/*

**Sara Gnewikow**
**Senior United States Probation Officer**
Telephone: 916-930-4312

**DATED:**   6/30/2021

Reviewed by,

*/s/ Sarah R Johnson/*

**Sarah Johnson**
**Deputy Chief United States Probation Officer**

RE: **John Hatchie**                               Docket Number: **0972 2:08CR00146-01**

**THE COURT FINDS PROBABLE CAUSE AND ORDERS:**

☒  The issuance of a warrant.

**FURTHER PROCEEDINGS REGARDING CUSTODY:**

☒  Initial appearance and detention hearing before Magistrate Judge.

**Dated: June 30, 2021**

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

CC:

United States Probation

Assistant United States Attorney: Roger Yang

United States Marshal Service

RE: **John Hatchie**                                                       Docket Number: 0972 2:08CR00146-01

# STATEMENT OF EVIDENCE OF ALLEGED
# SUPERVISED RELEASE VIOLATIONS

Honorable William B. Shubb
Senior United States District Judge
Sacramento, California

                                      RE:    John Hatchie
                                                 **Docket Number:** 0972 2:08CR00146-01

Your Honor:

In addition to a copy of the **Acknowledgment of Conditions of Probation or Supervised Release and Receipt of Criminal Judgment and Judgment and Commitment Order,** the following evidence and/or testimony will be offered to support the probation officer's allegation that the above-named releasee is in violation of the conditions of supervision as stated on the attached Probation Form 12C - Petition for Warrant or Summons for Offender Under Supervision.

**Charge 1:**     **UNAUTHORIZED POSSESSION OF PORNOGRAPHY**

    a. **Evidence:**

        i. Homeland Security Report of Investigation, Case Number SO07QK210J0002.

    b. **Witnesses:**

        i. Homeland Security Special Agent Francisco Fajardo

Respectfully submitted,

*Sara Gnewikow*

**Sara Gnewikow**
**Senior United States Probation Officer**
Telephone: 916-930-4312

**DATED:**   6/30/2021
             Sacramento, California

RE: **John Hatchie**                          **Docket Number: 0972 2:08CR00146-01**

Reviewed by,

*/s/ Sarah R. Johnson*

**Sarah Johnson**
**Deputy Chief United States Probation Officer**

RE: **John  Hatchie**                                    **Docket Number: 0972 2:08CR00146-01**

# REVOCATION GUIDE – SUPERVISED RELEASE

**Name of Offender:**   John  Hatchie            **Docket Number:**   0972 2:08CR00146-01

**Date of Original Offense:**   10/29/2007

**Original term of supervised release imposed:** 10 **years**

**Highest grade of violation alleged:** C

**Criminal History Category of offender:** I

**Original guideline range:** 120 **to** 168 **months. \*\*Because the statutory maximum sentence for the offense of conviction is 120 months, the guideline range becomes 120 months.**

**Chapter 7 range of imprisonment:** 3 **to** 9 **months.**

**Maximum term on revocation - 18 USC 3583(e)(3):**

☒        **Class C and/or D felony - 2 years**

**Violation requires mandatory revocation:  YES:** ☐    **NO:** ☒

<u>**Original offense committed on or after 04/30/2003**</u>:  Court may sentence up to the statutory maximum term of supervised release applicable to the original offense of conviction, but not exceed the maximum for the classes of offenses noted above.  There is no adjustment for prison time imposed for any previous revocation of the term of supervised release. The Court must consider but is not bound by Chapter 7 ranges.  Upon revocation, the Court may re-impose supervised release; however, the term is limited to the statutory maximum authorized under Title 18 USC 3583(e)(3) for the original offense of conviction, less the current term of imprisonment imposed upon revocation, and all prior terms of imprisonment imposed upon previous revocations.