HEATHER E. WILLIAMS, #122664
Federal Defender
HOOTAN BAIGMOHAMMADI, #279105
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: 916-498-5700/Fax: 916-498-5710

Attorney for Defendant
Mr. Hatchie

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:08-CR-146-TLN |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ORDER TO CONTINUE DISPOSITION HEARING |
| v. | ) | |
| JOHN HATCHIE, | ) | Date: March 30, 2023 |
| | ) | Time: 9:30 a.m. |
| Defendant. | ) | Judge: Hon. Troy L. Nunley |

## I.

## **STIPULATION**

1. The Court previously set the instant matter for a disposition hearing to be held on March 30, 2023. Mr. Hatchie has a companion case (2:22cr158-TLN) for which he is also scheduled to be sentenced on the same day.

2. Mr. Hatchie respectfully requests that the Court continue the disposition hearing in the instant matter to May 11, 2023 at 9:30 a.m. to promote judicial economy. He has requested that his companion case be continued to May 11, 2023 so that lead counsel, Mia Crager, may be present during the presentence investigation interview.

3. The government does not object to Mr. Hatchie's request and the parties have confirmed that the Court is available on the requested date.

IT IS SO STIPULATED.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: January 31, 2023      */s/ Hootan Baigmohammadi*
HOOTAN BAIGMOHAMMADI
Assistant Federal Defender
Attorneys for Mr. Hatchie

Date: January 31, 2023      PHILLIP A. TALBERT
United States Attorney

*/s/ Roger Yang*
Roger Yang
Assistant United States Attorney
Attorneys for Plaintiff

# **O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

Dated: February 1, 2023

Troy L. Nunley
United States District Judge